Commonwealth *v.* Baker, Appellant.

Submitted September 12, 1975. *James J. Phelan, Jr.*, for appellant; *Ian Comisky, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitz-*

*patrick,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.